UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

LEON MCCALLA

    Plaintiff

V.                                        CIVIL ACTION NO.
                                            3:17-cv-01044-JCH

YALE UNIVERSITY

    Defendant                          AUGUST 25, 2017

### **MOTION TO DISMISS COUNT SEVEN OF THE COMPLAINT**

Defendant Yale University hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule of Civil Procedure 7 to dismiss Count Seven of the plaintiff's Complaint, filed June 23, 2017, for failure to state a claim upon which relief can be granted.

Count Seven of the Complaint purports to allege a claim for intentional infliction of emotional distress. However, this Count fails as a matter of law to allege conduct that was extreme and outrageous. As demonstrated more fully in the accompanying Memorandum of Law, the Court should accordingly dismiss this Count.

THE DEFENDANT

By: _____
Kevin C. Shea (ct13781)
Clendenen & Shea, LLC
400 Orange St.
New Haven, CT 06511
Tel: 203/787-1183
Fax: 203/787-2847

CERTIFICATION:

    This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 25th day of August 2017.

_____
CLENDENEN & SHEA, LLC