Civil- (Dec-2008)

HONORABLE: Janet C. Hall
DEPUTY CLERK: Diahann Lewis    RPTR/ECRO/TAPE: Terri Fidanza
TOTAL TIME: 1 hours 35 minutes
DATE: 8/14/2018    START TIME: 11:00    END TIME: 12:35
LUNCH RECESS    FROM: _____  TO: _____
RECESS (if more than ½ hr)    FROM: _____  TO: _____

CIVIL NO. 3:17cv1044 (JCH)

Leon McCalla                                            Eugene Axelrod
                                                        Plaintiff's Counsel
              vs
Yale University                                         Shea/Boccia
                                                        Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ….. # 44 Motion to compel                                              ☐ granted ☐ denied ☑ advisement
☐ ….. #31 Motion preclude expert testimony - granted as stated on recd.  ☑ granted ☐ denied ☐ advisement
☐ ….. #45 Motion for extension of time - granted in part                 ☑ granted ☐ denied ☐ advisement
☐ ….. #47 Motion for protective order - terminated as addressed by       ☐ granted ☐ denied ☐ advisement
☐ ….. # ___ Motion the court                                             ☐ granted ☐ denied ☐ advisement
☐ ….. # 49 Motion for protective order and to quash                      ☐ granted ☐ denied ☑ advisement
☐ ….. # ___ Motion                                                       ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___                                                    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___                                                    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___                                                    ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion ___                                                    ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☑ ………. Parties to meet and confer to begin identifying dates of depositions;   ☐ filed ☐ docketed
☐ ………. Depositions to be scheduled by 10/13; defense counsel to submit         ☐ filed ☐ docketed
☐ ………. the 2 emails under seal; dft to submit personnel files of Balis and Wilson  ☐ filed ☐ docketed
☐ ………. as discussed on the record; Pltff to file submission supplementing his      ☐ filed ☐ docketed
☐ ………. Motion to Compel as stated on the record; dfts given 30 additional days to  ☐ filed ☐ docketed
☐ ………. produce additional documents.                                               ☐ filed ☐ docketed
☐ ………. ___ Hearing continued until ___ at ___

Notes: