UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEON MCCALLA

    v.                                                3:17CV1044(JCH)

YALE UNIVERSITY

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion and on July 16, 2019, entered a Ruling granting the defendant's Motion.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant, Yale University, and against the plaintiff, Leon McCalla, in accordance with the Ruling, and the case is closed.

Dated at New Haven, Connecticut, this 16th day of July 2019.

                                                      Robin D. Tabora, Clerk

                                                      By <u>/s/ Diahann Lewis</u>
                                                           Deputy Clerk

Entered on Docket <u>7/16/2019</u>